IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARLA MOSS, et al., | ) | CASE NO: 1:07-CV-02721 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE PERELMAN |
| | ) | |
| TOMAYDO-TOMAHHDO, et al., | ) | |
| | ) | **STIPULATION FOR VOLUNTARY** |
| Defendants. | ) | **DISMISSAL OF THIS ACTION** |
| | ) | **WITH PREJUDICE** |

Plaintiff, Marla Moss, and Defendants, Ketchup To Us, LLC, an Ohio limited liability company, d/b/a Tomaydo-Tomahhdo, and Back Burner, Inc., an Ohio corporation, by their respective counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ Daniel P. Goetz
R. Eric Kennedy, Esq. (0006174)
Daniel P. Goetz, Esq. (0065549)
David C. Landever, Esq. (0065377)
**WEISMAN, KENNEDY & BERRIS CO., L.P.A.**
1600 Midland Building
101 Prospect Avenue, West
Cleveland, OH 44115
(216) 781-1111 Telephone
(216) 781-6747 Facsimile
ekennedy@weismanlaw.com
dgoetz@weismanlaw.com
dlandever@weismanlaw.com

*Attorneys for Plaintiff Marla Moss*

/s/ Jeremy Gilman
Jeremy Gilman (#0014144)
Scott B. Lepene (#0076763)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114
(216) 363-4500 Telephone
(216) 363-4588 Facsimile
jgilman@bfca.com
slepene@bfca.com

*Attorneys for Defendants Ketchup To Us, LLC, an Ohio limited liability company, d/b/a Tomaydo-Tomahhdo, and Back Burner, Inc., an Ohio corporation*

IT IS SO ORDERED.
DATE: 4/4/08

Judge Christopher A. Boyko
United States District Court